UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

                                                                                                                   *CASE NO.: 6:16-bk-00141*

*David Anaya*                                                                                                *Chapter 13*
*2559 J R Street*
*Orlando, FL 32839*
      *Debtor*              /

**OBJECTION TO CLAIM #4-1 AS FILED BY
THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL
ASSOCIATION FKA THE BANK OF NEW TRUST COMPANY, N.A. AS SUCCESSOR
TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET
MORTGAGE PRODUCTS, INC, MORTGAGE ASSET-BACKED PASS THROUGH
CERTIFICATES SERIES 2005-RP2 (HEREINAFTER "CREDITOR")
PURSUANT TO LOCAL RULE 3001(C)**

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 W. Washington Street, Orlando, FL 32801 and serve a copy on the movant's attorney, Elayne M. Perez at 746 N Magnolia Avenue, Orlando, FL 32803 within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       **COMES NOW**, David Anaya (hereinafter "Debtor"), by and through the undersigned counsel, and file this Objection to the Claim of Creditor also known as Ocwen Loan Servicing, LLC , and the Debtor states as follows:

1. The Creditor filed an unsecured claim (claim no 4-1) in the amount of $1164.14 on May 23, 2016. The account ending numbers are 3936.

2. The Creditor filed a Proof of Claim past the bar date of May 11, 2016 in violation of the Federal Rules of Bankruptcy Procedure 3002, therefore, should not be allowed to bring forth this claim.

3. Further, the Debtor has contacted Ocwen Loan Servicing, LLC and they have insisted that the Debtor does not have an escrow shortage as shown by the documentation attached; therefore, the proof of claim is invalid.

**WHEREFORE**, Debtor, by and through the undersigned counsel, request an Order sustaining this objection and disallowing the Claim (Claim No. 4-1) of the Creditor, as filed as lacking any prima facie validity, and order such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, a true and correct copy of the foregoing has been furnished electronically to Laurie Weatherford, Chapter 13 Trustee, P.O. Box 3450 Winter Park, FL 32790 and by United States mail, postage prepaid, and to Ocwen Loan Servicing, LLC; Attn: Bankruptcy Deparmtnet PO BOX 24605, West Palm Beach, Florida 33416-4605 and Queries.POC@ocwen.com.

Respectfully submitted,

*/s/Elayne M. Perez, Esq.*
Elayne M. Perez, Esquire
Florida Bar No. 581151
Attorney for debtor(s)
Elayne M. Perez, PA
746 N. Magnolia Ave.
Orlando, Florida 32803
Telephone: (407) 545-4400
Facsimile: (407) 545-4401
service@perezlawassociates.com